UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, acting through its Pratt & Whitney division,<br><br>*Plaintiff*,<br><br>v.<br><br>A&P ALLOYS, INC. and JOHN J. PALIE, JR.,<br><br>*Defendants*. | Civil Action No. 1:14-cv-13545-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff United Technologies Corporation, acting through its Pratt & Whitney division, and Defendants A&P Alloys, Inc. and John J. Palie, Jr., by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims asserted in the above-captioned action, with all rights of appeal waived, and with each party responsible for its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| A&P ALLOYS, INC. and<br>JOHN J. PALIE, JR. | UNITED TECHNOLOGIES CORPORATION, acting through its Pratt & Whitney division, |
| By their attorneys, | By its attorneys, |
| /s/ Christopher M. Waterman | /s/ Jonathan I. Handler |
| Christopher M. Waterman (BBO #641190) | Jonathan I. Handler (BBO #561475) |
| Tracy Miner (BBO #547137) | David W.S. Lieberman (BBO #673803) |
| cwaterman@demollp.com | jihandler@daypitney.com |
| tminer@demeollp.com | dlieberman@daypitney.com |
| DEMEO LLP | DAY PITNEY LLP |
| 200 State Street | One International Place |
| Boston, MA 02109 | Boston, MA 02110 |
| T: (617) 263-2600 | T: (617) 345-4600 |
| F: 617-263-2300 | F: (617) 345-4745 |

Dated: August 10, 2015

## **CERTIFICATE OF SERVICE**

    I, David W.S. Lieberman, hereby certify that on this 10th day of August 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                            /s/ David W.S. Lieberman
                            David W.S. Lieberman